JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY D. WHEELER,<br><br>  Plaintiff,<br><br>  v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>  Defendant. | Case No. 2:21-cv-03627-RGK-RAO<br><br>**~~PROPOSED~~ ORDER ON JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

Plaintiff, KELLY D. WHEELER ("Plaintiff") and Defendant, Midland Credit Management, Inc. ("Defendant"), having filed with this Joint Stipulation for Dismissal without Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

1. The Stipulation for Dismissal is approved. The action against Midland Credit Management, Inc. is hereby dismissed without prejudice. Each party shall bear its own costs and attorney fees.

DATED: July 30, 2021

_____
UNITED STATES DISTRICT JUDGE

1